**WO**                                                                                                     NN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Hoff** and **Cathy Hoff**, husband and wife; **Action Acquisitions, L.L.C.**, an Arizona limited liability company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**Hartford Fire Insurance Company**, a foreign corporation domiciled in Connecticut; **Hartford Underwriters Insurance Company** d/b/a **The Hartford**, a foreign corporation domiciled in Connecticut; **John and Jane Doe** 1-10,<br><br>　　　　Defendants. | No. CV 06-1261-PHX-EHC<br><br>**ORDER** |

*Defendant Hartford's Motions in Limine* ("Motion in Limine") (Dkt. 57) was filed September 28, 2007. In light of the Court's rulings in its Order (Dkt. 67) disposing of the case, the Motion in Limine is moot.

Accordingly,

**IT IS ORDERED** that Defendants' Motion in Limine (Dkt. 57) is **denied.**

DATED this 31st day of March, 2008.

_/s/ Earl H. Carroll_
Earl H. Carroll
United States District Judge