**WO**                                                                        NN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Hoff** and **Cathy Hoff**, husband) and wife; **Action Acquisitions, L.L.C.**, an) Arizona limited liability company,           )<br>                                        )<br>                 Plaintiffs,              )<br>                                        )<br>vs.                                     )<br>                                        )<br>**Hartford Fire Insurance Company**, a) foreign corporation domiciled in) Connecticut; **Hartford Underwriters**) **Insurance Company** d/b/a **The Hartford**,) a foreign corporation domiciled in) Connecticut; **John and Jane Doe** 1-10,   )<br>                                        )<br>                 Defendants.            )<br>_____) | No. CV 06-1261-PHX-EHC<br><br>**ORDER** |

The parties have filed a Notice of Settlement. (Dkt. 74).

Accordingly,

**IT IS ORDERED** vacating the trial set for August 26, 2008, and the pretrial conference set for August 18, 2008.

**IT IS FURTHER ORDERED** setting a status hearing for **September 2, 2008, at 2:00 p.m.** to be vacated upon the filing of a stipulated order of dismissal with prejudice prior to that date.

DATED this 8th day of August, 2008.

*Earl H. Carroll*

_____
Earl H. Carroll
United States District Judge